US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT

NOV 27 2012

WESTERN DISTRICT OF ARKANSAS

CHRIS R. JOHNSON, Clerk

FORT SMITH DIVISION

By

Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:12CR 20051-001 |
| v. | ) | |
| | ) | 18 U.S.C. § 844(e) |
| GREGORY JUDGE | ) | 18 U.S.C. § 875(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about October 10, 2012, in the Western District of Arkansas, Fort Smith Division, and elsewhere, the defendant, **GREGORY JUDGE**, did, through the use of an instrument of interstate commerce, that is, a telephone, willfully make a threat to unlawfully damage and destroy a building located in Mena, Polk County, Arkansas, by means of an explosive, in that he threatened to blow up the building housing the Polk County Department of Human Services offices located at 606 Pine Avenue, Mena, Arkansas, in violation of Title 18, United States Code, Section 844(e).

## COUNT TWO

On or about October 10, 2012, in the Western District of Arkansas, Fort Smith Division, and elsewhere, the defendant, **GREGORY JUDGE**, knowingly and willfully did transmit in interstate commerce a threat to injure the person of another, to wit, the defendant, GREGORY JUDGE, made a telephone communication at or near Houston, Texas, to Karla Green, Polk County, Arkansas, Department of Human Services, in Mena, Arkansas, containing a threat to

injure Karla Green and other Polk County, Arkansas, Department of Human Services employees

and others, in violation of Title 18 of the United States Code, Section 875(c).

A True Bill.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson

By:

Foreperson

Glen R. Hines
Assistant U.S. Attorney
Arkansas Bar No. 94199
414 Parker Avenue
Fort Smith, AR   72901
Phone: 479-783-5125
E-mail: glen.r.hines@usdoj.gov

Page 2 - Indictment - Gregory Judge